```
                                                        USDC
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
         UNITED STATES DISTRICT COURT                   DOC #: _____
         SOUTHERN DISTRICT OF NEW YORK                  DATE FILED: 6/20/13
```

..................................................X

GARY S. SCHLATTER, ROBERT C. GUST,                Civil Action No. 1:13-cv-02793-ALC
MICHAEL I. FRIESS, and ALLEN R.
GOLDSTONE,

           Plaintiffs,
v.                                                **CLERK'S CERTIFICATE**

CHINA PRECISION STEEL, INC., as Successor-
in-Interest to ORALABS HOLDING CORP.,

           Defendant.

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 26, 2013, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving Defendant CPS' Registered Agent, Corporation Service Company, by hand delivery to Sue Rhea, Managing Agent, at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808, on May 2, 2013, and proof of such service thereof was filed on May 17, 2013 [Doc. 4].

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       June _20_____, 2013

                                                  **RUBY J. KRAJICK**
                                                  Clerk of Court

                                            By: _____
                                                    Deputy Clerk

425615--09399.002