# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105

MEMORA...

JOHN M. DEITCH, ESQ.
DIRECT DIAL: (973) 631-6029
EMAIL: JDEITCH@COUGHLINDUFFY.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/13

November 1, 2013

*Via Facsimile (212) 805-4268.*

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Denied.

SO ORDERED:  DATE: 11/4/2013

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Re:  *Gary H. Schlatter et al. v. China Precision Steel, Inc., et al.*
     Case No.: 1:13-cv-02793-ALC-GWG
     CD File No.: C3986-00001

Dear Magistrate Judge Gorenstein:

This firm represents defendant China Precision Steel Inc., as successor-in-interest to OraLabs Holding Corp., in the above-referenced matter. This matter is presently scheduled for a Rule 16 conference before Your Honor on November 5, 2013.

We write to request an adjournment of the conference as the issue of this Court's jurisdiction over our client has been raised and Judge Carter has established a briefing and conference schedule for the issue which extends into January 2014. A copy of our letter to Judge carter and a copy of the minute entry reflecting his ruling are attached as exhibit "A" hereto.[1]

We respectfully submit that a Rule 16 conference would not be productive given this unresolved, potentially dispositive, issue. We do not have the consent of our adversary to this adjournment request.

---

[1] We were not able to get through to the Deputy Clerk for an alternate date today, but submit that given the present briefing schedule, selection of a new date at this time would not be feasible.
675107_1

## COUGHLIN DUFFY LLP

November 1, 2013
Page 2

We thank Your Honor for consideration of this matter.

Respectfully submitted,

COUGHLIN DUFFY LLP

John M. Deitch

cc: Anthony Leffert, Esq. (w/ encl.)

735619_1